**FILED**
CLERK, U.S. DISTRICT COURT

March 19, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GONZALO MUNOZ,** | Case No. 2:19-cv-7871-SB-RAO |
| Plaintiff, | **JUDGMENT** |
| **v.** | |
| **STEPHEN SULLINGER; AND DOES 1 THROUGH 10,** | Judge:        Hon. Stanley Blumenfeld, Jr. |
| Defendants. | Trial Date:   Vacated |
| | Action Filed:  September 12, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Gonzalo Munoz shall take nothing and this action is dismissed with prejudice in its entirety.

Dated: March 19, 2021

_____
The Honorable Stanley Blumenfeld, Jr.

2:19-cv-7871-SB-RAO